**Ebeny GIVENS, individually and as Next Friend of Toni J. Wright, A Minor, and Keith Wright, individually, Appellants,**

v.

**BAPTIST HEALTH SERVICES, Appellee.**

**No. 06–05–00084–CV.**

Court of Appeals of Texas, Texarkana.

Submitted July 6, 2005.

Decided July 7, 2005.

Jeffrey W. Jones, Law Office of Jeffrey W. Jones, San Antonio, for appellants.

Laura A. Cavaretta, Plunkett & Gibson, Inc., San Antonio, for appellee.

Before MORRISS, C.J., ROSS and CARTER, JJ.

OPINION

Opinion by Justice CARTER.

Ebeny Givens, individually and as next friend of Toni J. Wright, a minor, and Keith Wright, individually, appellants, have presented this Court with a motion to dismiss the pending appeal against appellee Baptist Health Services. Givens states that a settlement agreement has been reached with Baptist Health Services.

We have severed Givens' appeal against Baptist Health Services and assigned that case cause number 06–05–00084–CV.

The appeal by Givens against Baptist Health Services, cause number 06–05–00084–CV, is hereby dismissed.